**HONORABLE FRANKLIN D. BURGESS**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| BRUCE TITUS and LINDA TITUS, husband and wife; and BLT INVESTMENTS, LLC, a Washington Limited Liability Company,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK ONE, NA, a National Banking Association, with its main office in Chicago, Illinois,<br><br>Defendant. | NO. C04-5102 FDB<br><br>**STIPULATION FOR AND ORDER RE-NOTING DEFENDANT'S APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND DISBURSEMENTS**<br><br>NOTE ON MOTION:  06/20/05 |

The parties hereto, by and through their attorneys of record, hereby stipulate that the Defendant's Application for Attorneys' Fees, Expenses and Disbursements is re-noted to **July 1, 2005**, Plaintiffs' response shall be due on or before **June 27, 2005**, and Defendant's reply shall be due on or before **July 1, 2005**. The plaintiff will seek no further continuances or time extensions for this motion.

DATED this _____ day of June, 2005.

| | |
|---|---|
| DAVIES PEARSON, P.C. | SAVITT & BRUCE LLP |
| | |
| Nigel S. Malden, WSBA #15643<br>Attorneys for Plaintiffs | James P. Savitt, WSBA #16847<br>Linda J. Merelle, WSBA #22775<br>Attorneys for Defendant |

**STIPULATION FOR AND ORDER RE-NOTING DEFENDANT'S APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND DISBURSEMENTS - 1**
C04-5102 FDB
coc s:\burgess\share\bmiener\05 june 22 titus stipulation and order renoting motion.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

## ORDER

Based upon the stipulation of the parties and the records and files herein, it is hereby ORDERED that Defendant's Application for Attorneys' Fees, Expenses and Disbursements is re-noted to July 1, 2005. The Plaintiffs' response is due on or before June 27, 2005 and Defendant's reply is due on or before July 1, 2005. Plaintiff will seek no further continuances or time extensions for this motion.

DATED June 22, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

**STIPULATION FOR AND ORDER RE-NOTING DEFENDANT'S APPLICATION FOR ATTORNEYS' FEES, EXPENSES AND DISBURSEMENTS - 2**
C04-5102 FDB
coc s:\burgess\share\bmiener\05 june 22 titus stipulation and order renoting motion.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052

# CERTIFICATE OF SERVICE

I hereby certify that on June 20, 2005, I electronically filed the foregoing Stipulation for and Order Re-Noting Defendant's Application for Attorneys' Fees, Expenses and Disbursements with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to:

    Linda J Merelle, Attorney for Defendant
    lmerelle@jetcitylaw.com,

    James P. Savitt, Attorney for Defendant
    jsavitt@jetcitylaw.com,

DATED at Tacoma, Washington this 20th day of June, 2005.

                                          Sherry R. Toves
                                          Legal Assistant to Nigel S. Malden

**CERTIFICATE OF SERVICE** - 1
C04-5102 FDB
coc s:\burgess\share\bmiener\05 june 22 titus stipulation and order renoting motion.doc

**DAVIES PEARSON, P.C.**
ATTORNEYS AT LAW
920 FAWCETT -- P.O. BOX 1657
TACOMA, WASHINGTON 98401
TELEPHONE (253) 620-1500
TOLL-FREE (800) 439-1112
FAX (253) 572-3052